

# NUMBER 13-16-00409-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

BARBARA PETROHAN AS
MEMBER/MANAGER OF ANIMAL
MEDICAL CENTER OF MCALLEN, L.L.C.,                    Appellant,

v.

ROBERT ZAMORANO, JR. AS
MEMBER/MANAGER OF ANIMAL
MEDICAL CENTER OF MCALLEN, L.L.C.,                    Appellee.

## On appeal from the County Court at Law No. 7 of
## Hidalgo County, Texas.

# MEMORANDUM OPINION

## Before Justices Rodriguez, Benavides, and Perkes
## Memorandum Opinion Per Curiam

Appellant, Barbara Petrohan as Member/Manager of Animal Medical Center of

McAllen, L.L.C., has filed an unopposed motion to dismiss this appeal on grounds that

the trial court has vacated the order subject to appeal in this case, thereby rendering this appeal moot.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Accordingly, we GRANT appellant's motion to dismiss and we DISMISS the appeal. Costs will be taxed against appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
1st day of September, 2016.